AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Heather Simmons<br><br>*Plaintiff(s)*<br>v.<br>Stony Brook Southampton Hospital and Southampton PEO<br><br>*Defendant(s)* | )))))))))))) | Civil Action No. 22-cv-03383-WFK-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stony Brook Southampton Hospital
500 Commack Road, Suite 206
Commack, New York 11725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillips & Associates, PLLC
45 Broadway, Suite 430
New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 06/08/2022

*Concetta Landow*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Heather Simmons<br><br>*Plaintiff(s)*<br>v.<br>Stony Brook Southampton Hospital and Southampton PEO<br><br>*Defendant(s)* | Civil Action No. 22-cv-03383-WFK-ST |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Southampton PEO
240 Meeting House Lane
Southampton, New York 11968

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillips & Associates, PLLC
45 Broadway, Suite 430
New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

*Concetta Landow*

Date: 06/08/2022

*Signature of Clerk or Deputy Clerk*